## Pusey Appeal.

Argued March 22, 1976. *Richard C. Snelbaker*, with him *Martson & Snelbaker*, for appellant; *Edgar B. Bayley*, with him *Arnold, Slike & Bayley*, for appellee.

Order affirmed.